Opinion filed January 31, 2008 











 
 
  
 
 







 
 
  
 
 




Opinion filed January 31,
2008 

 

 

 

 

 

 

                                                                        In The

                                                                              

    Eleventh
Court of Appeals

                                                                   __________

 

                                                          No. 11-07-00199-CV

                                                    __________

 

                                        WALTER WHITE, Appellant

 

                                                             V.

 

                                        DELORES
WHITE, Appellee

 



 

                                         On
Appeal from the 317th District Court

 

                                                       Jefferson
County, Texas

 

                                                 Trial
Court Cause No.  88033-C

 



 

                                              M E
M O R A N D U M   O P I N I O N

Walter White has filed in this court a motion to
dismiss his appeal.  In his motion, he states that he no longer desires to
proceed with this appeal.  The motion is granted, and the appeal is dismissed.

 

PER CURIAM

January 31, 2008

Panel consists of:  Wright, C.J.,

McCall, J., and Strange, J.